GEOFFREY HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ADANANDUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-70002 PSG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING REMOVAL |
| vs. | ) | HEARING |
| | ) | |
| ARENA ADANANDUS, | ) | |
| | ) | **Hon. Paul S. Grewal** |
| Defendants. | ) | |
| | ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and jointly request that the status hearing date, currently set in this matter for Monday, January 23, 2012, at 9:30 a.m., be continued to Tuesday, February 21, 2012, at 1:30 p.m.

The parties respectfully request that the Court continue the status hearing on the defendant's removal to the District of Nebraska to permit the parties additional time to complete an anticipated transfer of jurisdiction of the pending Probation Form 12 violation from Nebraska to the Northern District of California, Oakland Division, where Ms. Adanandus resides.

Accordingly, the parties respectfully request and agree that the Court may continue the status

1  hearing previously set in this matter from January 23, 2012, at 9:30 a.m. to February 21, 2012, at
2  1:30 p.m.
3    IT IS SO STIPULATED.
4
  Dated: January 19, 2012
5                  _____/s/_____
                VARELL L. FULLER
6                  Assistant Federal Public Defender
7
  Dated: January 19, 2012
8
9                  _____/s/_____
                ANNE MARIE URSINI
                Special Assistant United States Attorney
10
11
12              **[~~PROPOSED~~] ORDER**
13    Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the
14  removal hearing set for Monday, January 23, 2012, is VACATED, and continued to Tuesday,
15  February 21, 2012, at 1:30 p.m.
16    IT IS SO ORDERED.
17  Dated: Lcpwct{"42."4234
18                  _____
                HON. PAUL S. GREWAL
19                  United States Magistrate Judge
20
21
22
23
24
25
26