1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ADANANDUS

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10 | UNITED STATES OF AMERICA,        )  No. 12-CR-00116 YGR
   |                                  )
11 |       Plaintiff,                 )  STIPULATED REQUEST TO CONTINUE
   |                                  )  SUPERVISED RELEASE HEARING
12 |    v.                            )  DATE TO FEBRUARY 28, 2013 AND
   |                                  )  **ORDER**
13 |                                  )
   | ARENA ADANANDUS,                 )
14 |                                  )  Hearing Date: January 31, 2013
   |       Defendant.                 )
15 |                                  )
   | _____  )
16

17       The above-captioned matter is set on January 31, 2013 before this Court for a hearing on

18  a supervised release violation based on allegations in a Probation Form 12 Petition that Ms.

19  Adanandus violated the terms of her supervision by committing a new state offense. The parties

20  jointly request that the Court continue this supervised release matter to the Court's February 28,

21  2013 calendar for possible resolution of this matter.

22       In May 2011, Ms. Adanandus was convicted in the District of Nebraska for possession of

23  counterfeit securities. The court in that district sentenced her to time served and to three years of

24  supervised release. In February 2012, jurisdiction was transferred to this judicial district.

25       On December 31, 2012, the Probation Office submitted a Form 12 Petition alleging that

26  Ms. Adanandus was arrested at a department store in San Francisco, California and charged with

1  fraud and the unlawful use of identifying information.  Because she was in custody, the

2  Probation Office requested a warrant.  Ms. Adanandus was released from state custody before

3  the federal warrant was issued and, on January 14, 2013, she self-surrendered on this Court's

4  warrant.  The magistrate court released Ms. Adanandus on that same date.

5      It is respectfully requested that the Court set this matter over an additional month, until

6  February 28, 2013, to give the parties and Probation Office additional time to gather more

7  information on the state case that is the basis for the Form 12 Petition.  Ms. Adanandus' counsel

8  believes that the state case has been dismissed but the government would like additional time to

9  confirm the disposition and to investigate those charges.  Additionally, this continuance will give

10 the Probation Office and the parties sufficient time to negotiate any disposition that may be

11 presented to the Court.

12     Because this case involves an allegation that Ms. Adanandus violated the terms of her

13 supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not

14 apply.

16 DATED: January 30, 2013         /S/

17     WADE RHYNE
    Assistant United States Attorney

19 DATED: January 30, 2013         /S/
    ANGELA M. HANSEN
    Assistant Federal Public Defender

No. CR-12-00116 YGR                                2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Ms. Adanandus violated the terms of her supervised release;

2. Given that the parties would like additional time to gather information concerning the new state charges and the status of that case;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the January 31, 2013 supervised release violation hearing date is vacated and reset to February 28, 2013, at 2:00 p.m.

DATED: January 30, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge

Stip. Req. To Continue Supervised Release Hearing,
No. CR-12-00116 YGR                           3