STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ADANANDUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                                )<br>               Plaintiff,                           )<br>                                                                )<br>         v.                                                  )<br>                                                                )<br>                                                                )<br>ARENA ADANANDUS,                     )<br>                                                                )<br>               Defendant.                         )<br>                                                                )<br>                                                                )<br>_____) | No. 12-CR-00116 YGR<br><br>STIPULATED REQUEST TO CONTINUE<br>SUPERVISED RELEASE HEARING<br>DATE TO MARCH 21, 2013 AND<br>ORDER<br><br><br>Hearing Date: February 28, 2013 |

The above-captioned matter is set on February 28, 2013 before this Court for a hearing on a supervised release violation based on allegations in a Probation Form 12 Petition that Ms. Adanandus violated the terms of her supervision by committing a new state offense. The parties jointly request that the Court continue this supervised release matter to the Court's March 21, 2013 calendar for possible resolution of this matter.

In May 2011, Ms. Adanandus was convicted in the District of Nebraska for possession of counterfeit securities. The court in that district sentenced her to time served and to three years of supervised release. In February 2012, jurisdiction was transferred to this judicial district.

On December 31, 2012, the Probation Office submitted a Form 12 Petition alleging that Ms. Adanandus was arrested at a department store in San Francisco, California and charged with

fraud and the unlawful use of identifying information. Because she was in custody, the Probation Office requested a warrant. Ms. Adanandus was released from state custody before the federal warrant was issued and, on January 14, 2013, she self-surrendered on this Court's warrant. The magistrate court released Ms. Adanandus on that same date.

It is respectfully requested that the Court set this matter over an additional month, until March 21, 2013, to give the parties and Probation Office additional time to gather more information on the state case that is the basis for the Form 12 Petition. Ms. Adanandus' counsel has confirmed that the state case was dismissed but the government would like additional time to continue to investigate the charges to determine how to proceed on the Form 12. Additionally, this continuance will give the Probation Office and the parties sufficient time to negotiate any disposition that may be presented to the Court.

Because this case involves an allegation that Ms. Adanandus violated the terms of her supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: February 26, 2013         /S/
                                 WADE RHYNE
                                 Assistant United States Attorney

DATED: February 26, 2013         /S/
                                 ANGELA M. HANSEN
                                 Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 Petition has been filed alleging that Ms. Adanandus violated the terms of her supervised release;

2. Given that the government would like additional time to gather information concerning the state charges that were dismissed and are the basis for the Form 12 Petition;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the February 28, 2013 supervised release violation hearing date is vacated and reset to March 21, 2013, at 2:00 p.m.

DATED: February 27, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge