1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ADANANDUS

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

              OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 12-CR-00116 YGR |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATED REQUEST TO CONTINUE SUPERVISED RELEASE HEARING |
| v. | ) ) | DATE TO APRIL 18, 2013 AND [PROPOSED] ORDER |
| ARENA ADANANDUS, | ) ) | |
| Defendant. | ) ) ) | Hearing Date: March 21, 2013 |

The above-captioned matter is set on March 21, 2013 before this Court for a hearing on a supervised release violation based on allegations in a Probation Form 12 Petition that Ms. Adanandus violated the terms of her supervision by committing a new state offense. The parties jointly request that the Court continue this supervised release matter to the Court's April 18, 2013 calendar for possible resolution of this matter.

In May 2011, Ms. Adanandus was convicted in the District of Nebraska for possession of counterfeit securities. The court in that district sentenced her to time served and to three years of supervised release. In February 2012, jurisdiction was transferred to this judicial district.

On December 31, 2012, the Probation Office submitted a Form 12 Petition alleging that Ms. Adanandus was arrested at a department store in San Francisco, California and charged with

Stip. Req. To Continue Supervised Release Hearing,
No. CR-12-00116 YGR

1  fraud and the unlawful use of identifying information.  Because she was in custody, the

2  Probation Office requested a warrant.  Ms. Adanandus was released from state custody before

3  the federal warrant was issued and, on January 14, 2013, she self-surrendered on this Court's

4  warrant.  The magistrate court released Ms. Adanandus on that same date.

5  It is respectfully requested that the Court set this matter over an additional month, until

6  April 18, 2013, to give the Government additional time to gather more information and

7  discovery on the state case that is the basis for the Form 12 Petition.  The parties have confirmed

8  that the state case was dismissed but the government would like additional time to continue to

9  investigate the charges to determine how to proceed on the Form 12.  Additionally, this

10 continuance will give the Probation Office and the parties sufficient time to negotiate any

11 disposition that may be presented to the Court.

12 Because this case involves an allegation that Ms. Adanandus violated the terms of her

13 supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not

14 apply.

16 DATED: March 19, 2013                     /S/
                                            WADE RHYNE
17                                          Assistant United States Attorney

19 DATED: March 19, 2013                     /S/
                                            ANGELA M. HANSEN
                                            Assistant Federal Public Defender

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 Petition has been filed alleging that Ms. Adanandus violated the terms of her supervised release;

2. Given that the government would like additional time to gather information concerning the state charges that were dismissed and are the basis for the Form 12 Petition;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the March 21, 2013 supervised release violation hearing date is vacated and reset to April 18, 2013, at 2:00 p.m.

DATED: March 20, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge