1   STEVEN G. KALAR
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant ADANANDUS

6

7                   UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND DIVISION

10  UNITED STATES OF AMERICA,        )    No. 12-CR-00116 YGR
                                     )
11            Plaintiff,             )    STIPULATED REQUEST TO CONTINUE
                                     )    SUPERVISED RELEASE HEARING
12       v.                          )    DATE TO MAY 16, 2013 AND **ORDER**
                                     )
13                                   )
    ARENA ADANANDUS,                 )    Hearing Date: April 18, 2013
14                                   )
              Defendant.             )
15                                   )
    _____)

16

17        The above-captioned matter is set on April 18, 2013 before this Court for a hearing on a

18  supervised release violation based on allegations in a Probation Form 12 Petition that Ms.

19  Adanandus violated the terms of her supervision by committing a new state offense.  The parties

20  jointly request that the Court continue this supervised release matter to the Court's May 16, 2013

21  calendar for possible resolution of this matter.

22        In May 2011, Ms. Adanandus was convicted in the District of Nebraska for possession of

23  counterfeit securities.  The court in that district sentenced her to approximately 9 months and to

24  three years of supervised release.  In February 2012, jurisdiction was transferred to this judicial

25  district.

26        On December 31, 2012, the Probation Office submitted a Form 12 Petition alleging that

1  Ms. Adanandus was arrested at a department store in San Francisco, California and charged with

2  fraud and the unlawful use of identifying information.  Because she was in custody, the

3  Probation Office requested a warrant.  Ms. Adanandus was released from state custody before

4  the federal warrant was issued and, on January 14, 2013, she self-surrendered on this Court's

5  warrant.  The magistrate court released Ms. Adanandus on that same date.

6      It is respectfully requested that the Court set this matter over an additional month, until

7  May 16, 2013.  The first reason for this request is because Ms. Adanandus has an urgent doctor's

8  appointment scheduled for Thursday afternoon.  Second, this continuance will give the

9  Government additional time to gather more information and discovery on the state case that is

10  the basis for the Form 12 Petition.  The parties have confirmed that the state case was dismissed

11  but the government is in communication with the District Attorney who dismissed this case

12  based on the Federal Form 12 and thus needs additional time to continue to investigate the

13  charges to determine how to proceed on the Form 12.  Additionally, this continuance will give

14  the Probation Office and the parties sufficient time to negotiate any disposition that may be

15  presented to the Court.

16      Because this case involves an allegation that Ms. Adanandus violated the terms of her

17  supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not

18  apply.

19

20  DATED: April 16, 2013                    _____/S/_____
                                            WADE RHYNE
21                                          Assistant United States Attorney

22  DATED: April 16, 2013                    _____/S/_____
23                                          ANGELA M. HANSEN
                                            Assistant Federal Public Defender
24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given that a Probation Form 12 Petition has been filed alleging that Ms. Adanandus violated the terms of her supervised release;

2.      Given that the government would like additional time to gather information concerning the state charges that were dismissed and are the basis for the Form 12 Petition and that the Government is communicating with the District Attorney who dismissed the charges;

3.      Given that Ms. Adananudus has reported that she has an urgent doctor's appointment in the afternoon on April 18, 2013 that should not be rescheduled; and

4.      Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the April 18, 2013 supervised release violation hearing date is vacated and reset to May 16, 2013, at 2:00 p.m.

DATED: April 17, 2013

YVONNE GONZALEZ ROGERS
United States District Judge