1  Patrick D. Robbins (CABN 152288)
   Alethea Sargent (CABN 288222)
2  SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
3  San Francisco, California 94105-2997
   Telephone: 415.616.1100
4  Facsimile: 415.616.1199
   Email: probbins@shearman.com
5        alethea.sargent@shearman.com

6  *Attorneys for Defendant Arena Adanandus*

7

                    UNITED STATES DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
9

10 | UNITED STATES OF AMERICA, | Case No.: 12-cr-00116-YGR |
   |---|---|
11 | Plaintiff, | **STIPULATION AND  ORDER CONTINUING STATUS HEARING** |
12 | v. | Hearing Date:    May 26, 2016 |
   | ARENA SHARION ADANANDUS, | Requested Date:  ~~June 9, 2016~~ |
13 | | |
   | Defendant. | |
14

15

16     WHEREAS, Ms. Adanandus was sentenced on February 11, 2016 to one day in custody and
17
18 12 months of Supervised Release, five months of which she is to reside in a residential reentry
   center; and
19
       WHEREAS, the Court has scheduled regular status hearings with Ms. Adanandus during the
20
   period of her Supervised Release; and
21
       WHEREAS, Ms. Adanandus has learned that she has a job interview that conflicts with the
22
   currently set status hearing before the Court on May 26, 2016,
23
       It is hereby stipulated and agreed between the parties, with the Court's permission, that the
24
   //
25
   //
26
   //
27
   //
28

1    status conference before the Court should be continued to June 16, 2016 at 3:00 p.m.

2

3

4    Dated:  May 25, 2016                                  By:     /s/ Patrick D. Robbins

5                                                                   Patrick D. Robbins
                                                                    Attorney for Defendant Arena Adanandus

6

7    Dated:  May 25, 2016                                          BRIAN J. STRETCH
                                                                    United States Attorney

8

9                                                                    /s/ Aaron D. Wegner

10                                                                  Aaron D. Wegner
                                                                    Assistant United States Attorney

11

12                                    **ORDER**

13         For the reasons stated in the stipulation of the parties, it is hereby ORDERED that the status

14   hearing date of May 26, 2016 be continued to June 16, 2016 at 3:00 p.m.

15         IT IS SO ORDERED.

16

17   May  26, 2016                                      _____
                                                        HON. YVONNE GONZALEZ ROGERS

18                                                       United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO.:  12-cr-00116 YGR